FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 2: 19

TIMOTHY M. BURGESS
United States Attorney

CRANDON RANDELL
THOMAS C. BRADLEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567
Phone: 907-271-5071

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **A 05-122-** CR |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | ACCESSORY AFTER THE FACT |
| v. ) | Vio 18 USC § 3 |
| ) | |
| GLADE R. LUSK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1:

On or about June 11 and June 12, 2003, in the District of Alaska, the defendant,

GLADE R. LUSK, knowing that an offense against the United States had been committed,

to wit, distribution of a detectable amount of 1,4 Butanediol ("BD"), a controlled substance analogue of gamma hydroxybutyric acid ("GHB"), causing death and serious bodily injury, as charged in Counts 1 and 2 of the Indictment in <u>United States v. Glade R. Lusk and Matthew J. O'Connor</u>, A05-052 CR (RRB), in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), did receive, relieve, comfort and assist the offender Matthew J. O'Connor, in order to hinder and prevent the offender's apprehension, trial and punishment, by receiving and disposing of and assisting in the disposal of evidence, namely the drugs administered to the victims, all of which is in violation of Title 18, United States Code, Section 3.

All of which is in violation of and contrary to Title 18, United States Code, Section 3.

DATED this 19th day of December, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

*[signature]*

CRANDON RANDELL
Assistant U.S. Attorney