John M. Murtagh
1101 West 7th
Anchorage, Alaska  99501
(907) 274-8664
Counsel for defendant Glade Lusk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| GLADE LUSK, | ) |
| Defendants. | ) |
| _____ | ) |

Case No. A05-0122  CR.  (RRB)

NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Glade Lusk, defendant herein, by and through his attorney, John M. Murtagh, and hereby informs this Court of his intent to change his plea.  A signed plea agreement will be filed with the Court by the close of business on January 6, 2006.

Dated at Anchorage, Alaska this _____day of January, 2006.

_____
John M. Murtagh
Bar# 7610119
Counsel for Glade Lusk