UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  GLADE LUSK 

DATE:   January 6, 2006      CASE NO.   A05-0122 CR (RRB) 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea (Docket 2). A change of plea hearing will be held on **Wednesday, January 11, 2006, at 8:15 a.m.**, in Courtroom 2. The final pretrial conference scheduled for January 11, 2006, at 10:30 a.m., is **vacated.**

M.O. SCHEDULING HEARING