AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
ALASKA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: A05-122 CR (RRB)

GLADE LUSK

I, __GLADE LUSK__, the above named defendant, who is accused of the charges as stated in the Information and being advised of those charges, and of my rights, hereby waive in open court on __1/11/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer