MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GLADE R. LUSK     CASE NO. 3:05-cr-122-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     ROBIN M. CARTER

UNITED STATES' ATTORNEY:     TOM BRADLEY/CRANDON RANDELL

DEFENDANT'S ATTORNEY:     JOHN MURTAGH

U.S.P.O.:     TIM ASTLE

PROCEEDINGS: ARRAIGNMENT/ENTRY OF PLEA HELD 1/11/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:18 a.m. court convened.

X Copy of Information given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Waiver of Indictment **FILED.**

X PLEA: Guilty to count 1 of the Information.

X Court accepted plea. Referred to P.O. for presentence report.

X Imposition of Sentence set for **March 13, 2006 at 9:00 a.m.**

At 8:47 a.m. court adjourned.

DATE: January 11, 2006     DEPUTY CLERK'S INITIALS: rc