John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant Glade Lusk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| GLADE LUSK, | ) |
| Defendants. | ) |
| _____ | ) |

Case No. 3:05- cr- 122  CR.  (RRB)

MOTION TO CONTINUE SENTENCING TO
APRIL 25, 2006 at 9:00

COMES NOW, Glade Lusk, by and through his attorney, John M. Murtagh, and hereby moves this Court for the entry of an order continuing the sentencing in this case to April 25, 2006 at 9:00.  This will link up Lusk's sentencing with that of Matthew O'Connor, 3:05-cr-107 RRB.  The intent of the parties and the Court was to keep these sentencing hearings at the same time for purposes of victim impact testimony, so that the family need not go through that process twice.

When O'Connor presented a "joint" motion to continue, it was the

intent that said motion would also continue Lusk's sentencing. According to case management, that result was not accomplished and Lusk needs to make a separate motion.

That is the request made at this time.

Dated at Anchorage, Alaska this _____ day of Febuary, 2006.

          S/JOHN MURTAGH
          John M. Murtagh
          1101 West 7th Avenue
          Anchorage, Alaska 99501
          Phone (907)-274-8664
          Fax (907)- 258-6419
          Email: jmmalaska@hotmail.com
          Bar# 7610119
          Counsel for Glade Lusk

CERTIFICATE OF SERVICE
this is to certify that service of this
pleading was accomplished via
electronic case filing notice
on Crandon Randell, Office of the
United States Attorney on the
1st day of February, 2006

s/John Murtagh