IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| GLADE LUSK, | ) |
| Defendants. | ) |
| _____ | ) |

Case No. 3:05- cr- 122  CR.  (RRB)

*PROPOSED* ORDER GRANTING
MOTION TO CONTINUE SENTENCING TO
APRIL 25, 2006 at 9:00

Based upon the foregoing pleading, the record in this case, and for good cause shown, it is hereby ordered that the motion is GRANTED.

The sentencing in this case is continued until April 25 at 9:00. The victim impact testimony shall be given concurrently with that in *USA v. O'Connor* 3:05-cr-0107 RRB

Dated this _____day of February, 2006.

By the Court

_____
Ralph R. Beistline
U.S. District Judge