**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   GLADE R. LUSK

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                CASE NO.  3:05-CR-00122-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 3, 2006

      Defendant's Motion to continue Imposition of Sentence is GRANTED. The Imposition of Sentence set for March 13, 2006 is VACATED and rescheduled for April 25, 2006 at 9:00 a.m. to be held jointly with the Imposition of Sentence for Matthew O'Connor in 3:05-cr-00107-RRB.

[]{IA.WPD*Rev.12/96}